Daniel John Wise

12925 E. Mansfield Ave. Apt L307
Spokane Valley, WA 99216
509.434.4695
rdapdan@gmail.com
Pro Se

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 29 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL JOHN WISE<br><br>Defendant | Case No.: 2:18-CR-10-TOR-1<br><br><br><br>MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

DANIEL JOHN WISE, Pro Se, hereby moves this Court for early termination of his supervised release.

## I. PROCEDURAL BACKGROUND

On July 30, 2014, this Court imposed a 42-month sentence upon Defendant. Mr. Wise entered a plea agreement for Court I Conspiracy under 18 U.S.C. Section 371. On July 30, 2014, this Court imposed a 42-month imprisonment sentence, followed by a 3 years term of supervised release.

## II. PRESENT STATUS OF THE CASE

Mr. Wise completed the 500-hour Residential Drug Addiction Program (RDAP) while in prison. He had zero infractions while incarcerated. He taught classes while in prison, assisted underprivileged inmates with job skills such as creating resumes, as well as job interviewing skills.

Once released from prison, Mr. Wise was sent to a halfway house, where he spent 11 months. During his time at the halfway house, he conducted himself in a very professional and respectful manner. Additionally, he acquired a job within two weeks, working for Fit Food Fresh in Sales and Customer Service. Simultaneously, while working for Fit Food Fresh, he begin to develop informational and educational resources to educate inmates and those individuals that are going through the prison system methods on how to successfully complete a prison term to reduce recidivism through the creation of youtube videos. The primarily focus is to teach inmates to claim and accept responsibility for what has put them in prison to begin with. Prison allowed Mr. Wise to focus on his own personal flaws and poor behaviors.

Since his release from prison, which was Oct of 2015, Mr. Wise has remained clean, sober and fully employed. His youtube business has grown to the point where it has allowed him to become financially able to support his family. In addition, his business financial success has allowed him to catch up on child support, as well as afford to reinstate his driver's license. Further, he has had zero infractions while being on supervised release, which has been over the last 18 months. He has completed all required conditions which was, community service. Also, he has passed all random drug testing without incident. His

relationship with his probation officer, Chris Heinen, has been outstanding. Mr. Wise's has never created an issue with him at all.

Mr. Wise started his business, Federal Prison Time Consulting, LLC., in February 2017. His business is compliant with all local and state of Washington business laws. Further, his Probation Officer has approved the operation of his business due to the services offered. The main focus in helping others see that by taking full responsibility for their actions that led them to prison by coaching them to get out of the victim role. Clients are given tools that can be applied once released back to society. In addition, 3 weekly shows on youtube are dedicated to helping with the fear and anxiety of preparing for prison.

Mr. Wise's goals include staying straight to keep his life on the right path, setting a good example for his children, other underprivileged men and women. As evidenced above, Mr. Wise's performance has been exemplary while on supervised release. He has had no violations and remains in compliance with all terms set forth by the Court. Mr. Wise has worked tremendously hard to overcome the adversities in his life so that he may become the positive influence in his community.

One of the main reasons Mr Wise is requesting early termination from supervised release is business related. Mr. Wise wishes to travel to different colleges around the country in order to speak to students about ethics. His hopes are if student hear real life personal stories from lives such as his that they will be able to learn and be able to apply knowledge to help many others through cognitive thinking aimed at redirecting any thoughts one may have in the future of taking shortcuts in life. Shortcuts are what ultimately what led him to prison. The company's goal is to educate and create a focus on choices and consequences.

MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE - 3

Given his stellar performance and continued dedication, Mr. Wise, Pro Se, respectfully moves for early termination of his supervised release in the interest of justice.

## CONCLUSION

Section 3583(e)(1) was created to allow those who have demonstrated their willingness to abide by the law to be released from supervision, and to allow U.S.to focus their limited resources on those who truly need such supervision. Mr. Wise has shown that he is deserving of the consideration contemplated by § 3583(e)(1).

Accordingly, Mr. Wise petitions the Court for early termination of supervised release. He does not specifically request a hearing on this Motion, but would gladly provide any additional information the Court would request and he is available should the Court determine a hearing is necessary.

Dated this 29th day of March, 2018.

Daniel John Wise    3/29/18

MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE - 4